## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JEROME B. SIMANDLE**
DISTRICT JUDGE

**ORIGINAL FILED WITH CLERK**

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

June 1, 2010

Alan H. Schorr, Esq.
Alan H. Schorr & Associates, PC
5 Split Rock Drive
Cherry Hill, NJ 08003

Joshua Lind Grimes, Esq.
Grimes Law Offices LLC
2005 Market Street
Suite 1120
Philadelphia, PA 19103

    Re:  Hunt v. Global Incentive & Meeting Management
           Civil No. 09-4921 (JBS/AMD)

Dear Counsel:

    I have reviewed the briefing on the motion to dismiss for lack of personal jurisdiction and based on forum non conveniens, submitted by Defendants Global Incentive & Meeting Management, SA DE CV and Armando Roy Ortiz. I would like to hold a teleconference to address Plaintiffs' request to obtain additional jurisdictional discovery. I ask that Plaintiffs identify in writing what discovery they are requesting by Friday, June 4, 2010. Defendants may respond by Wednesday, June 9, 2010, and the Court will hold a teleconference on Thursday, June 10, 2010 at 3:30 p.m. Mr. Schorr should place the call with Mr. Grimes already on the line.

                                 Very truly yours,

                                 JEROME B. SIMANDLE
                               U.S. District Judge

JBS/ew

cc: Honorable Ann Marie Donio, U.S. Magistrate Judge